# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 15-00915-JLS (Ex) | Date | July 23, 2015 |
|---|---|---|---|
| Title | MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT PLLC v. PILEPRO, LLC | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

     Counsel is hereby ordered to show cause in writing no later than **July 30, 2015**, why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

     Counsel is advised that the Court will consider either the filing of a responsive pleading to the complaint by the defendant in accordance with the Federal Rules of Civil Procedure and the Local Rules, or an application by plaintiff for entry of clerk's default as to the defendant, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

     **Plaintiff shall serve notice of this Order on all parties in this action.**

                                                                                                                 _____ : _____

                                                               Initials of Preparer   tg